USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA,

    -against-

KERRY VANDERPOOL, WENDELL BELLE, AND JASON MOYE,

                                Defendants.

------------------------------------------------------------- X

15-CR-537 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the United States Court of Appeals for the Second Circuit has issued its mandate, vacating in part the convictions of Defendants Kerry Vanderpool, Wendell Belle, and Jason Moye in light of *United States v. Davis*, 139 S. Ct. 2319 (2019), and remanding for resentencing, Dkt. 1468;

WHEREAS the Government has requested a status conference following the issuance of the mandate, Dkt. 1435; and

WHEREAS Mr. Vanderpool has previously waived his personal appearance at the conference to avoid disrupting his participation in a Bureau of Prisons drug treatment program, Dkts. 1436–37;

IT IS HEREBY ORDERED that all captioned parties and their counsel, except Mr. Vanderpool himself, must appear for a status conference on **February 28, 2020, at 3:00 P.M.** If that time does not work for all parties, the Government must promptly submit a letter proposing alternative dates and times during the week of March 2, 2020, that are convenient for all parties.

**SO ORDERED.**

Date: February 20, 2020
      New York, New York

                                _____
                                **VALERIE CAPRONI**
                                **United States District Judge**