

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 26, 2020

**BY ECF AND EMAIL**
Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2020

Re:   *United States* v. *Conyers et al.*, 15 Cr. 537 (VEC)

**MEMO ENDORSED**

Dear Judge Caproni:

    Pursuant to this Court's Order of February 20, 2020 (Dkt. 1470) concerning defendants Wendell Belle, Jason Moye and Kerry Vanderpool, the Government respectfully requests that the status conference contemplated by that Order be scheduled for March 3, 2020 (either in the morning or at or after 3:00PM that day). The defense attorneys representing Belle and Vanderpool (Jeffrey Pittell, Esq. and Samuel Braverman, Esq., respectively) have confirmed their availability to appear before the Court at those times. The Government has made several attempts to contact Moye's attorney (Byran Konoski, Esq.) to inquire as to his availability at those times, and has not received a response. As for the defendants themselves, Belle and Moye have been transferred to the Metropolitan Detention Center in Brooklyn and thus are available to be produced to Your Honor's courtroom at those times, and the Court has previously ruled that Vanderpool's attorney can appear on his behalf without Vanderpool (who is still in a federal prison).

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:    /s/_____
Samson Enzer
Gina M. Castellano
Andrew C. Adams
Assistant United States Attorneys
(212) 637-2342 / -2224/ -2340

Cc:  Jeffrey Pittell, Esq.
      Bryan Konoski, Esq.
      Samuel Braverman, Esq.
      All other counsel of record

---

The status conference scheduled for February 28, 2020, is adjourned to **March 3, 2020, at 11:00 A.M.**

Application GRANTED.

SO ORDERED.   Date: 02/26/2020

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE