USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
  UNITED STATES OF AMERICA,

      -against-                         15-CR-537 (VEC)

  WENDELL BELLE,                       ORDER
  JASON MOYE, AND
  KERRY VANDERPOOL,

                     Defendants.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 3, 2020, the parties appeared for a status conference with this Court;

IT IS HEREBY ORDERED THAT resentencing is scheduled: for **May 6, 2020 at 2:00 p.m.** for Defendant Wendell Belle; for **May 7, 2020 at 3:30 p.m.** for Defendant Kerry Vanderpool; for **May 8, 2020 at 2:00 p.m.** for Defendant Jason Moye.   All to be held in Courtroom 443 of the Thurgood Marshall U.S. Courthouse.  Submissions from all parties are due two weeks before sentencing.

IT IS FURTHER ORDERED THAT if the date scheduled for Defendant Vanderpool's resentencing will interfere with his graduation from the RDAP program, he must promptly request an adjournment of the resentencing date.

**SO ORDERED.**

**Date: March 3, 2020**                                  **VALERIE CAPRONI**
**New York, NY**                                       **United States District Judge**