# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
jp@jpittell.com

*Long Island Office*
14 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
jp@jpittell.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/20/2020

April 20, 2020

Hon. Valerie E. Caproni
US District Judge
40 Foley Square
New York, NY 10007



Re: *U.S. v. Conyers, et. al, 15 cr 537 (VEC) {Wendell Belle}*

Dear Judge Caproni:

    I am counsel for Wendell Belle, a defendant in the above referenced matter.

    Currently his case is scheduled for resentencing on May 6, 2020. Please accept this letter in lieu of a formal motion to continue the proceeding.

    Due to the onset of the Covid-19 Pandemic, I have been unable to meet with Mr. Belle and prepare for the proceeding. In this matter, I prefer to meet with Mr. Belle (in person) in the course of the preparing for the proceeding. In light of the current state of affairs, it may be weeks or months before such meeting is possible. Accordingly, I respectfully request the sentencing be adjourned for a period of ninety days -- to a date during early August -- which is available on the Court's calender.

    I have conferred with the Government and they consent to this request.

    Respectfully submitted,
    /s/
    Jeffrey G. Pittell

cc: Counsel of record (ECF)
    Wendell Belle

---

The May 6 hearing is adjourned to **August 7, 2020, at 2:00 P.M.** Sentencing submissions, including Mr. Belle's updated work, education, and disciplinary records, are due no later than **July 24, 2020.**

SO ORDERED.    Date: 04/20/2020

*/s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE