# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
jp@jpittell.com

*Long Island Office*
10 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
jp@jpittell.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/08/2020



July 8, 2020

Hon. Valerie E. Caproni
US District Judge
40 Foley Square
New York, NY 10007

Re: *U.S. v. Conyers, et. al, 15 cr 537 (VEC) {Wendell Belle}*

Dear Judge Caproni:

I am counsel for Wendell Belle, a defendant in the above referenced matter.

Currently his case is scheduled for (*Davis*) resentencing on August 7, 2020. Please accept this letter in lieu of a formal motion to continue the proceeding.

Due to the ongoing Covid-19 Pandemic, I respectfully request the sentencing be adjourned for a period of ninety days -- to a date during early November -- which is available on the Court's calender. I make this request as I seek to confer with Mr. Belle, in person, prior to his sentencing. Since the onset of the Pandemic, we have only been able to confer by telephone. In addition, although sentences can proceed by teleconfernce, Mr. Belle wishes to appear in person, before Your Honor, at his sentencing proceeding.

I have conferred with the Government and they consent to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   Counsel of record (ECF)
      Wendell Belle

Sentencing is adjourned to **September 24, 2020, at 11:00 A.M.** Defense counsel should endeavor to meet with his client once visitation resumes. Sentencing submissions, including Mr. Belle's updated work, education, and disciplinary records, are due no later than **September 10, 2020**.

SO ORDERED.                    Date: 07/08/2020

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE