```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA                :
                                        :         15-CR-537 (VEC)
        -against-                       :
                                        :         ORDER
WENDELL BELLE,                          :
                                        :
                        Defendant.      :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant's resentencing is scheduled for **September 24, 2020 at 2:00 p.m.**;

WHEREAS Defendant's attorney seeks to be relieved as counsel;

IT IS HEREBY ORDERED: A teleconference will be held on **September 22, 2020 at 10:00 a.m.** The sentencing is adjourned *sine die*.

**SO ORDERED.**

**Date: September 8, 2020**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**