USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

-against-

WENDELL BELLE,

                                   Defendant.

------------------------------------------------------------ X

15-CR-537 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS a teleconference in this case is scheduled for **September 22, 2020 at 10:00 a.m;**

      IT IS HEREBY ORDERED: The conference will be held on **September 22, 2020 at 10:30 a.m.** The parties must appear for the hearing by dialing (888) 363-4749, using the access code 3121171 and the security code 0537.

**SO ORDERED.**

Date: September 17, 2020
      New York, NY

                                                  VALERIE CAPRONI
                                                  United States District Judge