

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 9/28/2020

**MEMO ENDORSED**

# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
*jp@jpittell.com*

*Long Island Office*
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
**Tel (516) 829-2299**
*jp@jpittell.com*

September 27, 2020

Hon. Valerie E. Caproni
US District Judge
40 Foley Square
New York, NY 10007

Re: *U.S. v. Conyers, et. al, 15 cr 537 (VEC) {Wendell Belle}*

Dear Judge Caproni:

    I am counsel for Wendell Belle, in the above referenced matter.

    The case is pending resentencing following a *Davis* remand. Previously, I was appointed, pursuant to the CJA Act, to represent Mr. Belle during the initial sentencing. As such, I have been appearing as his counsel for the resentencing. I am informed by the CJA Office that, in order to represent Mr. Belle during the resentencing, a separate order of CJA appointment must be issued by Your Honor. Accordingly, I respectfully request issuance of such order by endorsement of this letter.

Respectfully submitted,
/s/
Jeffrey G. Pittell

Application GRANTED.
SO ORDERED.

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

9/28/2020