**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/30/2020
```

# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*  
42-40 Bell Blvd, Suite 302  
Bayside, New York 11361  
Tel (516) 829-2299  
jp@jpittell.com

*Long Island Office*  
10 Bond St, Suite 389  
Great Neck, New York 11021  
Tel (516) 829-2299  
jp@jpittell.com

September 29, 2020

Hon. Valerie E. Caproni  
US District Judge  
40 Foley Square  
New York, NY 10007

Re: *U.S. v. Conyers, et. al, 15 cr 537 (VEC) {Wendell Belle}*

Dear Judge Caproni:

I am counsel for Wendell Belle, in the above referenced matter.

I submit this letter as a brief follow up to Your Honor's endorsement, of my letter dated September 27, 2020, approving my reappointment to represent Mr. Belle pursuant to the CJA Act. The CJA Office informs the order must be issued *nunc pro tunc* to account to services rendered prior to the date of Your Honor's endorsement. Accordingly, I respectfully request the endorsement noted as *nunc pro tunc* to September 6, 2019 which is the first date I began working on the *Davis* remand/resentence.

Respectfully submitted,  
/s/  
Jeffrey G. Pittell

---

Application GRANTED. Mr. Pittell is appointed to represent Mr. Belle pursuant to the CJA Act *nunc pro tunc* to September 6, 2019.

SO ORDERED.

*[signature]*   9/30/2020

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE