USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA       :

                                                        :      15-CR-537 (VEC)
            -against-                      :
                                                        :      ORDER
   WENDELL BELLE,                       :

                                       Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Defendant's resentencing was adjourned *sine die*;

      IT IS HEREBY ORDERED: Defendant's resentencing will be held on **November 10, 2020 at 10:00 a.m.** Sentencing submissions are due by **October 27, 2020.**

**SO ORDERED.**

Date: October 7, 2020
      New York, NY

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**