**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2020

# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

| | |
|---|---|
| *Reply To:* | *Long Island Office* |
| **42-40 Bell Blvd, Suite 302** | **10 Bond St, Suite 389** |
| **Bayside, New York 11361** | **Great Neck, New York 11021** |
| **Tel (516) 829-2299** | **Tel (516) 829-2299** |
| *jp@jpittell.com* | *jp@jpittell.com* |

October 7, 2020

Hon. Valerie E. Caproni
US District Judge
40 Foley Square
New York, NY 10007

Re: *U.S. v. Conyers, et. al, 15 cr 537 (VEC) {Wendell Belle}*

Dear Judge Caproni:

    I am counsel for Wendell Belle, in the above referenced matter.

    In anticipation of Mr. Belle's sentencing, currently scheduled for November 10, 2020. I seek to provide the Court copies of his BOP/MDC medical and employment records. Past experience has shown that, at times, the BOP/MDC does not promptly provide these records to counsel when request in the normal course.

    In order to ensure these records are provides sufficiently in advance of sentencing, by this letter, I respectfully request Your Honor issue a so ordered endorsement of this letter which orders the BOP/MDC to provide me Mr. Belle's medical and employment records forthwith.

                                         Respectfully submitted,
                                          /s/
                                         Jeffrey G. Pittell

cc:    Government counsel of record (by ECF)
       Wendell Belle

---

Application GRANTED. The BOP is hereby directed to provide Mr. Pittell with Mr. Belle's medical and employment records in preparation for his resentencing.

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

10/7/2020