

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 3, 2020

**BY ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States* v. *Wendell Belle*, S15 15 Cr. 537 (VEC)

Dear Judge Caproni:

The Government respectfully submits this letter in advance of the resentencing of defendant Wendell Belle to provide the Court with information regarding Belle's disciplinary history while in state custody, after the defendant was sentenced on August 2, 2017. Specifically, from in or about August 2017 to in or about June 2019, Belle incurred eight disciplinary infractions. Most notably, on two occasions, Belle used a weapon against other inmates. First, on November 30, 2017, Belle attacked another inmate from behind, using a spoon to make stabbing motions at the other inmate. Second, on December 2, 2019, Belle cut another inmate on the head, causing an injury that required 16 sutures. Belle's continued violent conduct, while in custody and after this Court imposed sentence, further demonstrates that the reimposition of the same substantial term of imprisonment that the Court initially imposed is appropriate in this case.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   ___/s_____
Gina Castellano
Samson Enzer
Andrew C. Adams
Assistant United States Attorneys
(212) 637-2224

Cc:   Jeffrey Pittell, Esq.