USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2020

**MEMO ENDORSED**

# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

| | |
|---|---|
| *Reply To:* | *Long Island Office* |
| **42-40 Bell Blvd, Suite 302** | **10 Bond St, Suite 389** |
| **Bayside, New York  11361** | **Great Neck, New York  11021** |
| **Tel  (516) 829-2299** | **Tel  (516) 829-2299** |
| *jp@jpittell.com* | *jp@jpittell.com* |

November 8, 2020

Hon. Valerie E. Caproni
US District Judge
40 Foley Square
New York, NY 10007

Re: *U.S. v. Conyers, et. al, 15 cr 537 (VEC) {Wendell Belle}*

Dear Judge Caproni:

I am counsel for Wendell Belle, in the above referenced matter.

By this letter, I respectfully request a one week adjournment of Mr. Belle's sentencing currently scheduled for Tuesday, November 10, 2020.

By letter dated November 3, 2020, the Government supplemented its sentencing submission by referencing information in Mr. Belle's NYS inmate records which the Government recently received.  Although I submitted a response the following day, nonetheless, I need additional time to discuss the Government's submission, my response, and the referenced records with Mr. Belle.  The Government informs that, by tomorrow, Monday, November 9, 2020, they will provide me a redacted version of records which they will not object to being provided to Mr. Belle.  Upon receipt, I will forward the records to Mr. Belle.  Thereafter, I will follow up with a legal call to discuss the records with him.  At this point, it will not be possible to accomplish these tasks, and possibly supplement my response, prior to Tuesday's sentence date.  Accordingly, with consent of the Government, I respectfully request the sentencing date be adjourned one week.

Subject to the Court and Government's availability, I am available the following dates: November 17, 18 & 19 (morning) and 20 (afternoon).

                                        Respectfully submitted,
                                        /s/
                                        Jeffrey G. Pittell

cc:    Gina Castellano, AUSA
         Other Government counsel of record (by ECF)
         Wendell Belle

Application GRANTED.   The resentencing scheduled for November 10, 2020 is adjourned to **November 24, 2020 at 10:00 a.m.**  No later than **November 13, 2020**, the Government must provide the Court with the state disciplinary records at issue, updated BOP disciplinary records, and Mr. Belle's BOP medical records for the last six months.

SO ORDERED.

*[signature]*

11/9/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE