Wendell Belle #76907-054
MDC Brooklyn
P.O. Box 329002
Brooklyn, New York 11232



RECEIVED DEC 22 2020 VALERIE CAPRONI U.S. DISTRICT JUDGE S.D.N.Y.

①

Hon. Valerie E. Caproni
US. District Judge
40 Foley Square
New York, New York 10007

December 7th, 2020

Dear "Judge Caproni",

How are you ma'am? I hope you are enjoying your holidays, also I hope by the time this missive reaches your presence you and your loved ones are in the best of health and care physically, mentally, and spiritually during this pandemic.

As for me your honor, I'm mentally overwhelmed with stress and depression but I'm hanging in there, this has been a very devastating time for me well since I have been incarcerated it has been the worse experience of my life and I have not even lived yet. Especially this last year of living under these harsh conditions.

As I informed you before my physical safety is in



danger due to past discrepencies, which has me as a target in the penal system and due to the fact that I'm no longer "gang affiliated" so now the pressure is on me ten times more which constantly puts me in a predicament to protect myself and your honor I'm not continuing the violent conduct I indulged in before, I'm not initiating these issues I'm just trying to survive so I may make it home in one piece to my family, as for me going to officials will not do much as you can see the officials were forewarned of a threat on my life and still did not take the proper initiative to protect my well being, now I have a permanent 8 inch laceration down my face for the rest of my life.

    Your honor not only is my physical safety is at hand also my health, due to corona virus currently spreading within "MDC", we are on a facility lockdown which is going on all over B.O.P, I'm double bunked in a cell 24 hours a day because 70 plus cases of inmates has corona virus. I'm at a high risk to contract the virus because I have "asthma" which I use a "Albuterol inhaler" and I was diagnosed with "Hypertension" and take a medication called "Chlorthalidone" 25 mg. once daily. They are not letting us take showers, nor letting us disinfect our living areas or contact our families how am I suppose to live under these harsh conditions

it may sound as if I'm over exaggerating but these officials don't care for our well being, they come to work for their checks and to make our time harder then it already is your honor, I pray that you please take this into consideration. I just want to make it home to live a productive life to due right by my family and community, marry my fiance and have more children and raise them to be on a right path, especially to be there for my son who is growing on me rapidly. yes he knows I'm his father but I would actually like to build and have a relationship with him before it's to late.

Your honor the things I have been through while incarcerated has been a big lesson learned, I have a lot of regrets and if I can go back I would change a lot of things I have done wrong, all I can do now is humble myself, better myself, pray to Allah (God) and continue to keep my faith and keep understanding the values and appreciations of life. Your honor I'm tired of looking over my shoulder all the time wondering when harm is coming my way I'm fed up with the fact of being treated and caged in as if I'm a monster.

Your honor I'm going to end this missive with my utmost respect I know you are busy so I ask please can you take this missive into consideration respectfully



thank you for your time and patience hope to see you soon, Insha'Allah (God willing), Happy holidays and have a blessed day.

Sincerely,

Wendell Belle

Wendell Belle #76907-054
MDC Brooklyn
P.O. Box 329002
Brooklyn, New York 11232

(Legal mail)

The Honorable Valerie E. Caproni
United States District Judge
40 Foley Square
New York, New York 10007

