USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA :
: 15-CR-537 (VEC)
-against- :
: ORDER
WENDELL BELLE, :
:
Defendant. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant's resentencing is scheduled for January 19, 2021;

IT IS HEREBY ORDERED: Defendant's resentencing will be held on **February 23, 2021 at 2:00 p.m.** The Court would like to conduct the resentencing in-person and is hopeful that it will be safe to do so without undue risk to the participants by late February.

**SO ORDERED.**

Date: **January 5, 2021**
   New York, NY

_____
 **VALERIE CAPRONI**
 **United States District Judge**