USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA               :
                                                  :       15-CR-537 (VEC)
            -against-                          :
                                                  :            <u>ORDER</u>
   WENDELL BELLE,                           :
                                                  :
                            Defendant.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Defendant's resentencing is scheduled to occur in person on February 23, 2021 at 2:00 p.m.;

       IT IS HEREBY ORDERED:  Members of the public may attend the hearing by dialing 888-363-4749, using the access code 3121171, and the security code 0537.


**SO ORDERED.**

Date: February 18, 2021
       New York, NY

                                                      _____
                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**