**MEMO ENDORSED**

RECEIVED
SDNY PRO SE OFFICE
2023 JAN -9 AM 10: 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wendell Belle,
    Petitioner,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2023

Vs.                Case No. 15 Cr. 537 (VEC)

United States of America,
    Respondent,

---

## MOTION FOR CONSIDERATION

Now Comes,
    Petitioner Wendell Belle, who files this motion PRO-SE, and request from this Court to look upon his pleadings in a PRO-SE, fashion.
    As in Haines vs. Kerner, 404 US 519 (1972),. whereas it states that PRO-SE, litigants are not held to the stringent standards as Attorney's.
    Petitioner, files this motion in regards of the gate Keeping provisions con-

(1)

Concerning the filing of a §2255 motion. (AEDPA).

The Petitioner, was sentenced Feburary 23rd, 2022.

At the time the Petitioner, was in state custody actually during and after federal sentencing.

The state facility in which the Petitioner, was being held, did not have any means as far as, books or computer system to study any federal law (no federal legal material present).

Petitioner, now being housed in MDC-Brooklyn (Pre-trial Hold-over center) was informed by actual federal inmates and staff, that he has one-year after federal sentencing to file a §2255 motion.

Petitioner, was received by the federal system on November 23rd, 2022, from the state of New York Penal System.

Petitioner, had no knowledge what a §2255 motion was until, being transferred to federal custody.

So at this time Petitioner is actually putting the District Court on Notice

(2)

concerning the filing of this motion.

As Reiterated earlier petitioner, was sentenced 02/23/2021, actually that sentencing was pursuant to the (FSA) New sentencing guidelines.

So in-order to file a adequate defense petitioner, Needs adequate time to study his case.

The State sentence in which the petitioner, served NINE-years maximum out date on, is Relevant Conduct concerning the federal sentence that petitioner, is Now serving

The State and Federal convictions derived from the State charges that Basically created the federal charges.

Petitioner, is Now making it apart of the Record, as far as letting the Court know that the one-year date from sentencing to file may-not be met.

Respectfully Submitted

Dated on: January 1st 2023

*Wendell Belle*
WENDELL BELLE
(3) Register No. 76407-054

cc: file

## Certificate of Service

I, Wendell Belle, being said Petitioner, in said motion hereby declare that under the penalty of perjury pursuant to 1746;

That everything stated in said motion is true and correct to the best of my knowledge and I sign and date below.

_Wendell Belle_ on this 1st day of
SIGNATURE
January 2023

(4)

> The Clerk of Court is respectfully directed to open a parallel civil case for Mr. Belle's Section 2255 petition. The document at 15-cr-537-3, Dkt. 1771, should be docketed as docket entry 1 in the new civil case. The Clerk of Court is further directed to serve a copy of this endorsement on the pro se petitioner, and note the mailing on the docket.
>
> Date: 1/31/2023
>
> SO ORDERED.
>
> *Valerie Caproni* (signature)
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE



Envelope: Wendell Belle #76907-054, MDC Brooklyn, P.O. Box 329002, Brooklyn, NY 11232. Addressed to: Attn: Clerk of Courts, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl St. Rm #120. RECEIVED JAN 06 2023 CLERK'S OFFICE SDNY. RECEIVED SDNY PRO SE OFFICE 2023 JAN -9 AM 10:05.